**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jerold Edward Exson, | Civil No. 10-2640 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Wendy J. Roal, Warden, | |
| Defendant. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: June 30, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge