UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

JEROLD EDWARD EXSON,  Civil No. 10-2640 (RHK/AJB)

    Petitioner,  **ORDER**

v.

WENDY J. ROAL, d.b.a. Warden,

    Respondent.

_____

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 30, 2010, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

    1. The Report and Recommendation (Doc. No. 7) is **ADOPTED**;

    2. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED** for lack of jurisdiction;

    3. Petitioner's "Motion in Support of Issuance of Supoena [sic] Duces Tecum," (Doc. No. 4), is **DENIED**; and

    4. Petitioner's "Motion for Emergency Hearing for Writ of Habeas Corpus" (Doc. No. 5) is **DENIED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 2, 2010

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge